UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| 7E FIT SPA LICENSING GROUP LLC, | ) | |
| 7E HOLDINGS 1 LLC, | ) | |
| 7E LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | 1:15-cv-01111-RLY-MPB |
| | ) | |
| vs. | ) | |
| | ) | |
| SUSAN DIER, | ) | |
| 7EFS OF WHEATRIDGE LLC, | ) | |
| SPECTRUM MEDSPA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| SUSAN DIER GRAF, | ) | |
| 7EFS OF WHEATRIDGE LLC, | ) | |
| SUSAN DIER GRAF, | ) | |
| 7EFS OF WHEATRIDGE LLC, | ) | |
| FULL BODY SHOP, | ) | |
| SPECTRUM MEDSPA, | ) | |
| 7EFS OF WHEATRIDGE LLC, | ) | |
| SUSAN DIER, | ) | |
| | ) | |
| Counter Claimants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 7E FIT SPA LICENSING GROUP LLC, | ) | |
| 7E HOLDINGS 1 LLC, | ) | |
| 7E LLC, | ) | |
| 7E FIT SPA LICENSING GROUP LLC, | ) | |
| 7E HOLDINGS 1 LLC, | ) | |
| 7E LLC, | ) | |
| | ) | |
| Counter Defendants. | ) | |
| | ) | |
| _____ | ) | |

1

|  |  |
|---|---|
| SUSAN DIER GRAF,<br>7EFS OF WHEATRIDGE LLC doing business<br>as MEDSPA,<br>SUSAN DIER GRAF,<br>7EFS OF WHEATRIDGE LLC,<br>FULL BODY SHOP,<br>SPECTRUM MEDSPA,<br>7EFS OF WHEATRIDGE LLC,<br>SUSAN DIER,<br><br>          Third Party Plaintiffs,<br><br>          vs.<br><br>STEVE NIELSEN,<br>STEVE NIELSEN,<br><br>          Third Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ON COUNTERCLAIM/THIRD PARTY PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY

Counterclaim/Third Party Plaintiffs request that the court consider their surreply regarding Counterclaim/Third Party Defendants' pending motion to dismiss for failure to state a claim.  The court agrees that Counterclaim/Third Party Defendants raised a new legal argument regarding Count 1 of the Counterclaim in their reply brief (i.e., that it should be dismissed because it is not a claim, but rather a type of relief).  Consequently, the court will allow Counterclaim/Third Party Plaintiffs to file a surreply responding to that argument alone. The surreply shall be limited to three pages and filed within seven days of the date of this Order.  *See Meraz-Camacho v. United States*, 417 Fed. Appx. 558, 559 (7th Cir. 2011) ("The decision to permit the filing of a surreply is purely

discretionary and should generally be allowed only for valid reasons, such as when the movant raises new arguments in a reply brief.").

Therefore, Counterclaim/Third Party Plaintiffs' Motion for Leave to File Surreply (Filing No. 48) is **GRANTED**.


**SO ORDERED** this 27th day of June 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record.